UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No.  19-CR-38 |
| | ) | |
| **NAEEM TYAB,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## GOVERNMENT'S CONSENT MOTION TO CONVERT STATUS HEARING TO VIRTUAL HEARING OR TO CONTINUE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to convert the status hearing scheduled for September 1, 2021, to a tele-hearing or video hearing, or to continue the hearing to a new date that is convenient for the parties.  In support of this motion, the government cites the following points and authorities.

1.	The parties were last before the Court on June 21, 2021.  At that hearing, the Court scheduled our next status hearing for September 1, 2021.  Since that time, undersigned government counsel has had a family commitment arise outside of this jurisdiction.  Accordingly, the government requests that the hearing on September 1 be converted to a tele-hearing or video hearing or be rescheduled.

2.	Should the Court prefer to reschedule for an in-person hearing, the government has consulted with defense counsel, and the best dates for all parties would be: Monday, September 20 (any time); Tuesday, September 21 (afternoon); Wednesday, September 22 (any time); Friday, September 24 (any time).

3.	Undersigned counsel apologizes to the Court, counsel, and Mr. Tyab for any inconvenience.

WHEREFORE, the Government respectfully requests that this motion be granted.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

By: s/ *Kathryn Rakoczy*
Kathryn Rakoczy
D.C. Bar No. 994559
Assistant United States Attorney
Kathryn.Rakoczy@usdoj.gov
555 4th Street, N.W., Room 5239
Washington, D.C.  20530
(202) 252-6928

DANIEL KAHN
ACTING CHIEF, FRAUD SECTION

DEBORAH L. CONNOR
CHIEF, MONEY LAUNDERING &
ASSET RECOVERY SECTION

By: s/ *Katherine Raut*
Katherine Raut
D.C. Bar No. 995065
Tarsha Phillibert
Steven Parker
Trial Attorneys
Department of Justice
1400 New York Ave. N.W.
Washington, D.C. 20005
Telephone: (202) 616-2577
Katherine.Raut@usdoj.gov
Tarsha.Phillibert@usdoj.gov
Steve.Parker2@usdoj.gov